**FILED**
FEB 23 2017
FEB 23, 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **17CR 109** |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 1343 |
| | ) | |
| MARC L. KESSEL | ) | <u>INFORMATION</u> |

**JUDGE SHAH**

**MAGISTRATE JUDGE WEISMAN**

The United States Attorney charges:

1. At times material to this information:

   a. Defendant MARC L. KESSEL was employed as the Manager of Investments at W.W. Grainger, Inc., a business located in Lake Forest, Illinois. As part of his duties and responsibilities, KESSEL approved for payment invoices and fees associated with Grainger's employee investment plans.

   b. Grainger maintained its employee investment plans with Investment Company A.

   c. KPFHP and A&M Properties, LLLP were purported businesses controlled by defendant MARC L. KESSEL.

   d. Defendant MARC L. KESSEL maintained bank accounts at Bank of America in his own name and doing business as KPFHP.

2. Beginning no later than January 2008 and continuing to in or about September 2016, at Lake Forest, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARC L. KESSEL,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud, and to obtain money and other property, by means of materially false and fraudulent pretenses, representations, and promises, as described below.

3. It was part of the scheme that defendant MARC L. KESSEL submitted and caused to be submitted to Grainger false and fraudulent invoices for services purportedly performed by Investment Company A for Grainger's employee investment plans, knowing at the time that Investment Company A had not performed these services.

4. It was further part of the scheme that defendant MARC L. KESSEL directed that Grainger remit payments to KPFHP on the false and fraudulent invoices for services purportedly performed by Investment Company A.

5. It was further part of the scheme that defendant MARC L. KESSEL designated a bank account at Bank of America held in his name and doing business as KPFHP on the false and fraudulent invoices for remittance of payments to KPFHP.

6. It was further part of the scheme that, as a result of the submission of the false and fraudulent invoices, defendant MARC L. KESSEL caused Grainger to make electronic deposits of payments on certain invoices into the bank account at

2

Bank of America held in the name of defendant MARC L. KESSEL and doing business as KPFHP.

7. It was further part of the scheme that defendant MARC L. KESSEL directed Investment Company A to remit payments for false and fraudulent invoices to KPFHP and A&M Properties, LLLP, purportedly as reimbursement for costs associated with Grainger employee investment plans held with Investment Company A.

8. It was further part of the scheme that defendant MARC L. KESSEL sent email correspondence to individuals at Investment Company A purporting to authorize payment, on behalf of Grainger, on the false and fraudulent invoices payable to KPFHP and A&M Properties, LLLP.

9. It was further part of the scheme that MARC L. KESSEL fraudulently obtained and converted to his own use at least approximately $1.6 million in funds and property of Grainger.

10. It was further part of the scheme that defendant MARC L. KESSEL concealed, misrepresented, and hid, and caused to be concealed, misrepresented, and hidden, the existence of the scheme, the purposes of the scheme, and the acts done in furtherance of the scheme.

11. On or about September 13, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARC L. KESSEL,

defendant herein, for the purpose of executing the above-described scheme, knowingly caused to be transmitted by means of wire communication in interstate commerce certain signs and signals, namely, an ACH transaction in the amount of approximately $30,014, which funds constituted payment on an invoice, purportedly from Investment Company A for "Total Rewards," dated September 12, 2016;

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

1. The allegations in Information are incorporated here for the purpose of alleging that certain property is subject to forfeiture, pursuant to Tile 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 1343, as alleged in the foregoing Information,

MARC L. KESSEL,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title and interest he may have in property, real and personal, which constitutes and is derived from proceeds traceable to the charged offenses.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) include, but are not limited to, approximately $1.6 million.

4. If any of the property subject to forfeiture and described above, as a result of any act or omission of the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

_____
UNITED STATES ATTORNEY